# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN TYRONE DAILEY,<br>Plaintiff,<br>v.<br>ERIC ARNOLD,<br>Defendant. | Case No. 17-cv-04670-MEJ<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Kristian Dailey, who is in custody, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response. Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Clerk of Court shall serve a copy of the Petition and this Order upon Respondent Eric Arnold and the Attorney General of the State of California. *See* 28 U.S.C. § 2254, Rule 4.

(2) Respondent shall then file and serve an answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6. No later than October 30, 2017, Respondent shall file with the answer and serve on Petitioner a copy of all portions of the underlying state criminal record that were previously transcribed and are relevant to the issues presented by the petition.

(3) No later than November 29, 2017, Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

(4) Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If such a motion is filed, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within 28 days of the date the

motion is filed, and Respondent(s) shall file with the Court and serve on Petitioner a reply within 14 days of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: August 30, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge